IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

HARTLY BUCHANAN,                                   Civ. No. 1:17-cv-00615-AA

                Plaintiff,                       **JUDGMENT**

      v.

COMENITY BANK,

                Defendant.

_____

AIKEN, District Judge.

     For the reasons set forth in the accompanying Order, this case is dismissed without prejudice. All pending motions are DENIED as MOOT.

     It is SO ORDERED and DATED this ___4th___ day of May, 2018.

                              _____
                              ANN AIKEN
                              United States District Judge